**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Sara E. Siegler,

v.                                    Case Number 2: 11-cv-0170


Ohio State University, et al.,          **Magistrate Judge Mark R. Abel**


**[] Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[] Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**[X] Decision by Court.**  This action was decided by the Court without a trial or hearing.


IT IS ORDERED AND ADJUDGED this case is dismissed
WITHOUT prejudice with respect to the following defendants:

The Ohio State University, OSU Police Devision, OSU Office of Legal Affairs, OSU Medical Center, OSU Department of Pathology, OSU Human Resources and State Of Ohio Personnel Review Board.  This case is dismissed WITH prejudice with respect to all other defendants, "except with respect to claims arising under Ohio common or statutory law", which are dismissed WITHOUT prejudice.


Date: March 28, 2012


s/Spencer D. Harris
Spencer D. Harris Deputy Clerk